1 | SUSAN M. BENSON, CSBN 146837
Susan M. Benson & Associates, LLP

2 |

3 | 645 Balboa Blvd, Suite 384, Bldg IV
Encino, California 91316
Telephone: (818) 708-1250

4 | Facsimile: (818) 708-1444
Email: sbenson@bensonlegal.net

5 |

6 | Attorneys for Plaintiff Mid Century Insurance Company

7 | MELINDA L HAAG, CSBN 162312
United States Attorney

8 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division

9 | JENNIFER S WANG, CSBN 233155
Assistant United States Attorney

10 |

11 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

12 | Telephone: (415) 436-6967
FAX: (415) 436-6748

13 | Email: jennifer.s.wang@usdoj.gov

14 |

15 | Attorneys for Federal Defendant

16 |                   UNITED STATES DISTRICT COURT

17 |                  NORTHERN DISTRICT OF CALIFORNIA

18 |                       SAN FRANCISCO DIVISION

19 |

20 | MID CENTURY INSURANCE COMPANY,      )   Docket No. C10-3228 SC
                                        )
21 |              Plaintiff,             )
                                        )
22 | v.                                 )   **STIPULATION CONTINUING INITIAL**
                                        )   **CASE MANAGEMENT CONFERENCE**
23 | UNITED STATES POSTAL SERVICE,       )
                                        )
24 |              Defendant.             )
                                        )
25 | _____ )

26 |

27 |

28 |

STIPULATION TO CONTINUE INITIAL CMC
C10-3228 SC                                    1

1    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

2  Court, that:

3    1. The Initial Case Management Conference in the above-entitled case is currently set for

4  November 15, 2010 at 10:00 a.m.

5    2. On or about July 23, 2010, plaintiff Mid Century Insurance Company filed a Federal Tort

6  Claims Act ("FTCA") complaint against the United States Postal Service ("USPS").  Plaintiff has

7  not yet completed service of the complaint.

8    3. The parties hereby stipulate and agree to the filing of an amended complaint to substitute

9  the United States for the USPS as the defendant in this FTCA action.  Plaintiff shall file an

10  amended complaint substituting the United States for the USPS by November 22, 2010.   The

11  undersigned counsel for the federal defendant agrees to accept service of the amended complaint

12  in this action for the United States by U.S. Mail.

13    4.  The parties further stipulate and agree that the United States' response to the amended

14  complaint shall be due 60 days after plaintiff files its amended complaint.

15    5. To permit the plaintiff time to amend its complaint and complete service of the amended

16  complaint, and to permit the federal defendant time to respond to the amended complaint prior to

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE INITIAL CMC
C10-3228 SC                                      2

1 | the Initial Case Management Conference, the parties respectfully request that the Initial Case
2 | Management Conference currently scheduled for November 15, 2010 at 10:00 a.m. be continued to
3 | January 21, 2011 at 10:00 a.m. (a date obtained from the Court's clerk as an available date and
4 | time).

5 |    IT IS SO STIPULATED.

6

7 | DATED: October 22, 2010          SUSAN M. BENSON & ASSOCIATES LLP

8

9                                  _____
10                                 SUSAN M. BENSON
                                   Attorneys for Mid-Century

11

12 | DATED: October 25, 2010        MELINDA L. HAAG
                                   United States Attorney

13

14                                 _____
                                   JENNIFER S WANG
15                                 Assistant United States Attorney
                                   Attorneys for Federal Defendant

16

17

18                                 [PROPOSED] ORDER

19

20 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

21 |    The Initial Case Management Conference will be held on January 21, 2011 at 10:00 a.m., in

22 | Courtroom 1 on the 17th Floor of 450 Golden Gate Avenue, San Francisco, California.  All parties

23 | are to file one Joint Case Management Statement 7 days prior to the Initial Case Management

24 | Conference.

25

26 | DATED:   October 26, 2010       _____
27                                 SAMUEL CONTI
                                   United States District Judge

28

STIPULATION TO CONTINUE INITIAL CMC
C10-3228 SC                               3