Susan M. Benson, Esq., State Bar No. 146837   SPACE BELOW FOR FILING STAMP ONLY)
SUSAN M. BENSON & ASSOCIATES, LLP
6345 Balboa Boulevard, Suite 384, Building 1
Encino, CA 91316

(818) 708-1250
(818) 708-1444
File No. B1236

ATTORNEY FOR   PLAINTIFF, MID CENTURY INSURANCE COMPANY

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MID CENTURY INSURANCE CO.,

      Plaintiff,

  vs.

UNITED STATES OF AMERICA,

      Defendants.

CASE NO.:  10-3228 SC

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER**

The parties hereby stipulate as follows:

1

---

Joint Case Management Statement and [PROPOSED] Case Management Order
CV 10-3228 SC

1. The Case Management Conference that is presently scheduled for January 21, 2011 at 10:00 a.m. in Courtroom 1, 17th Floor (SF) shall be continued for hearing for a Case Management/Trial Setting Conference to be held on September 9, 2011 at 10:00 a.m.

2. The parties shall prepare and file a joint Case Management/Trial Setting Statement no later than 7 days prior to the scheduled hearing date.

Dated: January 21, 2011            Susan M. Benson & Associates, LLP

By:_____/s/_____
    Susan M. Benson
    Attorneys for Plaintiff

Dated: January 21, 2011            MELINDA HAAG
United States Attorney

By:_____/s/_____
    Jennifer S Wang
    Assistant United States Attorney
    Attorneys for Defendant United States of America

~~[PROPOSED]~~ ORDER

**IT IS SO ORDERED.**

**DATED:** 1/21/11

_____
Samuel Conti
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge Samuel Conti*