1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile:  (415) 436-6748
       Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for the Federal Defendant
8

9  SUSAN M. BENSON, CSBN 146837
   Susan M. Benson & Associates, LLP
10
       6345 Balboa Blvd, Suite 384, Bldg IV
11     Encino, California 91316
       Telephone: (818) 708-1250
12     Facsimile:  (818) 708-1444
       Email: sbenson@bensonlegal.net
13
   Attorneys for Plaintiff Mid Century Insurance Company
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18 | MID CENTURY INSURANCE CO.,      )   No. C 10-3228 SC
                                     )
19 |         Plaintiff,               )   **NOTICE OF SETTLEMENT**
                                     )
20 |     v.                           )
                                     )
21 | UNITED STATES OF AMERICA,        )
                                     )
22 |         Defendant.               )
                                     )

Please take notice that the above-captioned case has settled. The parties will be filing a settlement agreement shortly for the Court's approval. The parties jointly request that all current dates be vacated.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: March 15, 2011

JENNIFER S WANG
Assistant United States Attorney

Dated: March 8, 2011

SUSAN M. BENSON
Attorney for Plaintiff

[PROPOSED] ORDER

Having been informed that the parties have reached a settlement in this case, the Court hereby vacates all pending dates.

**IT IS SO ORDERED.**

Dated: 3/16/11

DENIED
Judge Samuel Conti

NOTICE OF SETTLEMENT
No. C 10-3228 SC                    2