MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:   (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

SUSAN M. BENSON, CSBN 146837
Susan M. Benson & Associates, LLP

    6345 Balboa Blvd, Suite 384, Bldg IV
Encino, California 91316
Telephone: (818) 708-1250
Facsimile:   (818) 708-1444
Email: sbenson@bensonlegal.net

Attorneys for Plaintiff Mid Century Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MID CENTURY INSURANCE CO., | ) | No. C 10-3228 SC |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 10-3228 SC

1   THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

2   FOLLOWING STIPULATION:

3   Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Mid Century Insurance

4   Company, and defendant United States of America hereby stipulate to dismiss with prejudice the

5   above-captioned action, including all claims that were asserted therein.  Each party will bear its

6   own costs and attorneys' fees.

7   DATED: 4-15-11

8   By: _____, auth rep
    MID CENTURY INSURANCE CO.
    Plaintiff

9

10  DATED: 4-30-11

11  By: _Susan M. Benson_
    SUSAN M. BENSON
    Attorney for Plaintiff

12

13  MELINDA HAAG
    United States Attorney

14

15  DATED: 5/25/11

16  By: _____
    JENNIFER S WANG
    Assistant United States Attorney

17

18  **[PROPOSED] ORDER**

19  The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed

20  with prejudice.

21

22  IT IS SO ORDERED.

23

24

25  DATED: 5/26/11

26

27  HON. SA                         DGE
    UNITED                          

28

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C 10-3228 SC                              2

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA